THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gregory Williams,       
Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-069
Submitted November 19, 2003  Filed 
 February 11, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.  
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson; 
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Gregory Williams appeals 
 his guilty plea to possession of a stolen vehicle and second degree burglary.  
 Counsel for Williams attached to the final brief a petition to be relieved as 
 counsel.  Williams did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.